ACCEPTED
04-14-00558-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 11:41:00 AM
KEITH HOTTLE
CLERK

**CAUSE NO. 04-14-00558-CV**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 11:41:00 AM
KEITH HOTTLE
Clerk

**IN THE COURT OF APPEALS**
**FOURTH COURT OF APPEALS DISTRICT, SAN ANTONIO, TEXAS**

**EDNA A. MARTINEZ**
*APPELLANT*
**V.**

**STATE OFFICE OF RISK MANAGEMENT**
*APPELLEE*

**On Appeal from the 37ᵗʰ Judicial District Court,**
**Bexar County, Texas, Cause No. 2001-CI-17102**

**APPELLEE'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the Appellee, THE STATE OFFICE OF RISK MANAGEMENT, by and through the undersigned Assistant Attorney General, and would respectfully request an extension of time in which to file its Appellee's Brief. Appellant is Edna A. Martinez. Appellant's Brief was filed on February 9, 2015, making Appellee's Brief due on March 11, 2015. Due to its counsel's schedule and workload, and pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, Appellee requests an additional 30 days to prepare its Appellee's Brief.

As the 30 day deadline from March 11, 2015 would fall on Saturday, April 11, 2015, Appellee requests Appellee's Brief be due on Monday, April 13, 2015.

Due to a heavy caseload, counsel for Appellee has been required to travel for work to attend meetings and hearings, and has therefore been required to be out of the office for several full days during February of 2015. Also during February 2015, Counsel for Appellee has been required to draft several pleadings and motions, participate in settlement negotiations, and tend to many other time-sensitive day to day matters on behalf of her clients. In addition, counsel for Appellee is currently scheduled to attend trial beginning March 9, 2015, in the 105th Judicial District Court of Kleberg County, Texas. As such, counsel for Appellee has not had adequate time in which to prepare the Appellee's Brief.

This is Appellee's first request for an extension of time to file its Appellee's Brief. There is no date set for submission or oral argument in this case. This motion is filed on or before the deadline to file Appellee's Brief. Appellee has contacted attorney for Appellant, Kenneth Howell, and he is unopposed to this Motion. This extension is not sought for delay, but is necessary so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee, THE STATE OFFICE OF RISK MANAGEMENT, respectfully requests the Court grant its motion and extend the time for filing its brief up to and including 30 days making

its brief due on April 13, 2015.  Appellee prays for such further relief to which it may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

KARA L. KENNEDY
Division Chief, Tort Litigation Division

EMILY R. JAKOBEIT
Assistant Attorney General
State Bar No. 24063075
Tort Litigation Division, MC-030
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-2036
FAX: (512) 463-2224
Emily.jakobeit@texasattorneygeneral.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 3rd day of March, 2015, I contacted Kenneth Howell, attorney for Appellant, and on the 4th day of March 2015 he indicated he is unopposed to this First Motion for Extension of Time to File Appellee's Brief.

Emily R. Jakobeit
Assistant Attorney General


## CERTIFICATE OF SERVICE

I certify that on March 4, 2015 at approximately 11:30 a.m/p.m. I served a copy of the Unopposed First Motion for Extension of Time to File Appellee Brief on the party listed below by electronic service concurrently with the electronic filing of the document. The electronic transmission of the document was reported as complete. My email address is Emily.Jakobeit@texasattorneygeneral.gov and my fax number is (512) 463-2224.

Mr. Kenneth W. Howell                    *Via E-Service*
Attorney at Law
629 S. Presa
San Antonio, Texas 78210
(210) 227-6305
(210) 227-6327
kwhowell@earthlink.net

Emily R. Jakobeit
Assistant Attorney General